# EXHIBIT C

3.

Bk: 55182 Pg: 450

Bk: 55182 Pg: 450   Doc: ASN
Page: 1 of 3   08/17/2010 11:07 AM

**MASSACHUSETTS**
COUNTY OF MIDDLESEX (SOUTH) (REC)
LOAN.NO

POOL.NO

PREPARED BY:
SECURITY CONNECTIONS
WHEN RECORDED MAIL TO:
SECURITY CONNECTIONS INC.
240 TECHNOLOGY DRIVE
IDAHO FALLS, ID 83401
PH:(208)528-9895
ATT: KARLEEN MAUGHAN

Assignment-Interv.-Recorded
**ASSIGNMENT OF REAL ESTATE MORTGAGE**

For value received, Mortgage Electronic Registration Systems, Inc. as nominee for National Future Mortgage, Inc., its successors and assigns,

located at P.O Box 2026, Flint, MI 48501-2026
hereby acknowledged, does hereby sell, assign, transfer, set over, grant, and convey without representation, recourse or warranty, express or implied by and between assignor and New York Community Bank

located at 1801 E. Ninth Street Cleveland, OH 44114

its successors and assigns forever, that certain mortgage executed by CARY D. BOUCHER, A MARRIED MAN
to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR NATIONAL FUTURE MORTGAGE, INC.

dated JULY 28, 2008 and recorded on AUGUST 5, 2008 in the Land Registration and Registry of Deeds for MIDDLESEX County, Massachusetts, in Mortgage Book 51535 Page 48 and Instrument No. 2008 00129640

Property Address:   7 FAIRBANKS LANE NORTH READING, MA 01864

Loan No
J-OS8070110AI.8.00019
P-S.002.00014.2
(NMRI.MA)                            Page 1 of 2

Bk: 55182 Pg: 451

LOAN NO 7994018-A

TOGETHER with all rights accrued or to accrue under said Mortgage.

Dated **AUGUST 4, 2010**, but effective **MARCH 1, 2010**.
In Witness Whereof, **Mortgage Electronic Registration Systems, Inc. as nominee for National Future Mortgage, Inc., its successors and assigns**

caused these presents to be signed by _Michele Fege_
its _Assistant Secretary_ and _Paula Lechlitner_
its _Vice President_.

this 4th day of **AUGUST**, 2010.

Mortgage Electronic Registration Systems, Inc. as nominee for National Future Mortgage, Inc., its successors and assigns

Witness _Tammy Miles_

BY _Michele Fege_ / Asst Secretary

Witness _Rich Raponi_

BY _Paula Lechlitner - Vice president_

STATE OF _OHIO_ )
                 ) ss
COUNTY OF _Cuyahoga_ )

On **AUGUST 4, 2010**, before me, _Ligaya Reyes_
personally appeared _Michele Fege_
and _Paula Lechlitner_ personally
known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) who executed the within instrument as _assistant Secretary_ and _Vice President_
on behalf of the corporation therein named and acknowledged to me that the corporation executed it.

_Ligaya M. Reyes_
NOTARY PUBLIC   Notary Public
                                 28, 2013

C=s.009.0001
P=S.002.00014.2        J=OS8070110AI.s.00019
(NMRI.MA.2)                       Page 2 of 2

Bk: 55182 Pg: 452

Mortgage Broker

Name: _____

Address: _____

License #: _____

Mortgage Originator

Name: _____

Address: _____

License #: _____