# EXHIBIT D

Record and Return to:
Doonan, Graves, & Longoria
Attn: Brian Linehan
100 Cummings Center
Suite 225D
Beverly, MA 01915



Bk: 56958 Pg: 129   Doc: ASM
Page: 1 of 2   06/07/2011 02:16 PM

## ASSIGNMENT OF MORTGAGE

Know that, for valuable consideration, New York Community Bank. ("ASSIGNOR"), hereby sells, assigns, and transfers to Nationstar Mortgage LLC ("ASSIGNEE"), whose mailing address is 350 Highland Drive, Lewisville, Texas 75067, the Assignor's interest in a certain mortgage made by Cary D. Boucher to Mortgage Electronic Registration Systems, Inc., as nominee for National Future Mortgage, Inc. dated July 28, 2008 and recorded in the Middlesex County (Southern District) Registry of Deeds in Book 51535, Page 48, describing land therein as:

7 Fairbanks Lane, North Reading, MA

New York Community Bank
**Assignor**

Dated: 5/25/11

By: _____
Its: Ryan Sabo
Assistant Vice President

State of OH
County of Cuyahoga    )  ss.

On 5/25/2011, before me, La'Somanic Lawson Notary Public, personally appeared Ryan Sabo, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of OH that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_____
(Notary signature)

LA'SOMANIC LAWSON
Notary Public, State of Ohio
Recorded in Cuyahoga County
My Commission Expires
March 3, 2014

Mortgage Broker

Name: _____

Address: _____

License #: _____

Mortgage Originator

Name: _____

Address: _____

License #: _____