# **EXHIBIT F**

PROPERTY SEARCH▼   CONTACT US

- Profile
- Sales
- Owner History
- Land
- Residential
- Commercial
- OBY-Detached Structure
- Entrances
- Permits
- Values
- Map
- Sketch
- Photos
- Pictometry

PARID: 2130610000000990  
MUNICIPALITY: NORTH READING  
LUC: 101  
BOUCHER CARY D  
7 FAIRBANKS LN  
PARCEL YEAR: 2023

### Values History

| Tax Year | Land | Building | Total |
|---|---|---|---|
| 2023 | 415,600 | 625,000 | 1,040,600 |
| 2022 | 415,600 | 625,000 | 1,040,600 |
| 2021 | 362,300 | 584,700 | 947,000 |
| 2020 | 328,700 | 688,500 | 1,017,200 |
| 2019 | 304,800 | 680,200 | 985,000 |
| 2018 | 300,500 | 667,300 | 967,800 |
| 2017 | 300,500 | 726,300 | 1,026,800 |
| 2016 | 274,300 | 727,400 | 1,001,700 |
| 2015 | 250,400 | 727,400 | 977,800 |
| 2014 | 241,700 | 678,800 | 920,500 |
| 2013 | 250,400 | 689,600 | 940,000 |
| 2012 | 250,400 | 689,600 | 940,000 |
| 2011 | 250,400 | 689,600 | 940,000 |
| 2010 | 328,200 | 644,900 | 973,100 |
| 2009 | 363,900 | 644,900 | 1,008,800 |
| 2008 | 377,000 | 631,500 | 1,008,500 |
| 2007 | 405,400 | 600,400 | 1,005,800 |
| 2006 | 405,400 | 520,300 | 925,700 |
| 2005 | 354,400 | 520,300 | 874,700 |
| 2004 | 276,000 | 500,300 | 776,300 |

1 of 1  
Return to Search Results

**Actions**  
🖨 Printable Summary  
🖨 Printable Version

**Reports**  
CSV Export  
Mailing List  
Res PRC  
COM PRC

Go

Disclaimer