# EXHIBIT 3

When Recorded Return To:
Fannie Mae
C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, NATIONSTAR MORTGAGE LLC, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage together with all interest secured thereby, all liens, and any rights due or to become due thereon to U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT, WHOSE ADDRESS IS 60 LIVINGSTON AVENUE, EP-MN-WS3D, ST. PAUL, MN 55107, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage bearing the date **07/28/2008**, made and executed by **CARY D BOUCHER AND ROBIN L BOUCHER**, mortgagor(s), to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR NATIONAL FUTURE MORTGAGE, INC., ITS SUCCESSORS AND ASSIGNS, mortgagee, and was recorded in the Office of the Register of Titles and County Recorder for <u>MIDDLESEX SOUTH</u> County, <u>Massachusetts</u>, in <u>Book 51535 and Page 48</u>.

Property is commonly known as: 7 FAIRBANKS LANE, NORTH READING, MA 01864.

IN WITNESS WHEREOF, this Assignment is executed by its Vice President of Loan Documentation **this 17th day of May in the year 2018.**
NATIONSTAR MORTGAGE LLC

_____
HOLLY HARDY
VICE PRESIDENT LOAN DOCUMENTATION

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

FNMA1 redacted   2018-NPL1-PL2-3-SALE   MIN redacted         MERS PHONE 1-888-679-6377
MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026   DOCR redacted 09:27:55 [C-1]   EFRMMA1

*redacted

**Loan#** redacted

STATE OF FLORIDA    COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on this 17th day of May in the year 2018, by Holly Hardy as Vice President of Loan Documentation of NATIONSTAR MORTGAGE LLC, who, as such Vice President of Loan Documentation being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
NICOLE SHIELDS
**COMM EXPIRES: 08/05/2020**



NICOLE SHIELDS
Notary Public - State of Florida
My Comm. Expires August 5, 2020
Commission # GG126925

☐ No Mortgage Broker was involved in the placing of this loan.
Mortgage Broker's Name:
Address:
License:

☐ No Mortgage Loan Originator was involved in the placing of this loan.
Mortgage Loan Originator's Name:
Address:
License:

**Instrument Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152**
FNMA1 redacted  2018-NPL1-PL2-3-SALE  MIN redacted          MERS PHONE 1-888-679-6377
MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  DOCR redacted 09:27:55 [C-1]   EFRMMA1



redacted

Bk: 71030 Pg: 431

# Middlesex South Registry of Deeds

# Electronically Recorded Document

This is the first page of the document - Do not remove

## Recording Information

| | |
|---|---|
| Document Number | : 70351 |
| Document Type | : ASM |
| Recorded Date | : May 18, 2018 |
| Recorded Time | : 03:21:40 PM |
| Recorded Book and Page | : 71030 / 431 |
| Number of Pages(including cover sheet) | : 3 |
| Receipt Number | : 2209099 |
| Recording Fee | : $75.00 |

**Middlesex South Registry of Deeds**
**Maria C. Curtatone, Register**
208 Cambridge Street
Cambridge, MA 02141
617-679-6300
www.middlesexsouthregistry.com