UNITED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robin L. Boucher )<br>Cary D. Boucher )<br>             Plaintiffs, )<br>   v. )<br>                              )<br>U.S. Bank National Association, as Trustee for the )<br>RMAC Trust, Series 2016-CTT, successor in )<br>Interest to Mortgage Electronic Registration )<br>Systems, Inc. as nominee for National Future )<br>Mortgage, Inc. )<br>                              )<br>           Defendant ) | Civil Action No. 4:22-cv-11894-NMG |

**PLAINTIFFS' _ASSENTED_ TO MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Now come the Plaintiffs Robin and Cary Boucher ("Boucher"), by counsel, and respectfully request that this Honorable Court extend the period of time for Boucher to file a responsive pleading to the Defendant's Motion to Dismiss ("Motion") by fourteen (14) days.

In support thereof, Boucher states that they are continuing with their counsel to prepare such filing and need further time to complete the due diligence and review required before filing.

The Defendant's counsel has assented to this extension of fourteen (14) days for Boucher to file a responsive pleading.

WHEREFORE, the Plaintiffs Robin and Cary Boucher respectfully request that this Honorable Court grant a fourteen (14) day extension of time for them to file a responsive pleading to the Defendant's Motion to Dismiss.

                                            Respectfully submitted,
                                            Cary D. Boucher
                                            Robin L. Boucher
                                            By their Attorney,

                                            /s/ James P. Ehrhard
                                            James P. Ehrhard, Esq.
                                            BBO#651797
                                            Ehrhard & Associates, P.C.
                                            250 Commercial Street, suite 410
                                            Worcester, MA 01608
                                            508.791.8411
                                            ehrhard@ehrhardlaw.com

Dated:  January 6, 2023

## CERTIFICATE OF SERVICE

      I, James P. Ehrhard, do hereby certify that I served a copy of the above captioned Motion via U.S. Mail, postage prepaid to the following individuals if not noted as having received service via the ECF system on this 6th day of January, 2023:

      Michael Lane, Esq.: VIA ECF

                                            /s/ James P. Ehrhard