**UNITED DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Robin L. Boucher ) <br> Cary D. Boucher ) <br>         Plaintiffs, ) <br>   v. ) <br> ) <br> U.S. Bank National Association, as Trustee for the ) <br> RMAC Trust, Series 2016-CTT, successor in ) <br> Interest to Mortgage Electronic Registration ) <br> Systems, Inc. as nominee for National Future ) <br> Mortgage, Inc. ) <br> ) <br>         Defendant ) <br> ) | Civil Action No. 4:22-cv-11894-NMG |

**PLAINTIFFS' _ASSENTED_ TO SECOND MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Now come the Plaintiffs Robin and Cary Boucher ("Boucher"), by counsel, and respectfully request that this Honorable Court extend the period of time for Boucher to file a responsive pleading to the Defendant's Motion to Dismiss ("Motion") by twelve (12) days, specifically February 1, 2023.

In support thereof, Boucher states that they are continuing with their counsel to prepare such filing and need further time to complete the due diligence and review required before filing.

The Defendant's counsel has assented to this extension of twelve (12) days for Boucher to file a responsive pleading.

WHEREFORE, the Plaintiffs Robin and Cary Boucher respectfully request that this Honorable Court grant a twelve (12) day extension of time for them to file a responsive pleading to the Defendant's Motion to Dismiss.

        Respectfully submitted,
        Cary D. Boucher
        Robin L. Boucher
        By their Attorney,

        /s/ James P. Ehrhard
        James P. Ehrhard, Esq.
        BBO#651797
        Ehrhard & Associates, P.C.
        250 Commercial Street, suite 410
        Worcester, MA 01608
        508.791.8411
        ehrhard@ehrhardlaw.com

Dated: January 22, 2023

## CERTIFICATE OF SERVICE

I, James P. Ehrhard, do hereby certify that I served a copy of the above captioned Motion via U.S. Mail, postage prepaid to the following individuals if not noted as having received service via the ECF system on this 22nd day of January, 2023:

Michael Lane, Esq.: VIA ECF


        /s/ James P. Ehrhard