UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Robin L. Boucher, et al.**

      Plaintiff

  V.

      CIVIL ACTION

      NO. 22-11894-NMG

**U.S. Bank National Association**

      Defendant

## ORDER OF DISMISSAL

Gorton, D. J.

    In accordance with the Endorsed Order entered on April 6, 2023 ALLOWING Defendants' Motion to Dismiss; it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                              By the Court,

4/6/2023                          /s/Douglas Warnock
  Date                              Deputy Clerk